No. 96–976.  HUDSON ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari granted.

No. 96–7171.  SPENCER *v.* KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 96–388.  SKINNER *v.* CITY OF MIAMI.  C. A. 11th Cir. Certiorari denied.

No. 96–889.  PRINCE GEORGE'S COUNTY ET AL. *v.* ALEXANDER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–930.  MIDWEST INVESTMENTS ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 6th Cir.  Certiorari denied.

No. 96–986.  BELLER *v.* UNITED STATES; and
No. 96–7338.  COFFMAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  Reported below: 94 F. 3d 330.

No. 96–1044.  CEDC FEDERAL CREDIT UNION *v.* NATIONAL CREDIT UNION ADMINISTRATION.  C. A. 2d Cir.  Certiorari denied.

No. 96–1080.  CLEMENT *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–1101.  SILMON *v.* FIRST BANCORP OF LOUISIANA, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–1143.  COKER *v.* DOUGLAS ET AL.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 96–1171.  SMITH *v.* ALABAMA AVIATION AND TECHNICAL COLLEGE ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 96–1174.  NIELSEN *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, LOCAL LODGE 2569, ET AL. C. A. 7th Cir.  Certiorari denied.